UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MATTHEW J. CREHAN,

               Plaintiff,                       No. 1:17-CV-588

v.                                               Hon. Robert J. Jonker
                                                     Chief U.S. District Judge

VARNUM, RIDDERING, SCHMIDT &
HOWLETT, LLP, and,
DAVID T. CALDON,

               Defendants.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL PARTIES**

Pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii), all of the parties having appeared in this action, the parties hereby stipulate to the dismissal of this cause with prejudice and without costs or attorney fees to any party.

                                                       Respectfully submitted,

Dated: February 16, 2018                    Dated: February 16, 2018

/s/ *Anthony J. Valentine*                        /s/ *Teresa S. Decker*
Anthony J. Valentine (P32840)             Teresa S. Decker (P32114)
Attorney at Law                                Randall J. Groendyk (P37196)
Attorney for Plaintiff                          VARNUM, LLP
Ste. 227, 29 Pearl Street, N.W.            Attorneys for Defendants
Grand Rapids, MI 49503                    Bridgewater Place, P.O. Box 352
(616) 288-5410                                 Grand Rapids, MI 49501-0352
*tonyvalentinelaw@gmail.com*              (616) 336-6000
                                                       *tsdecker@varnumlaw.com*
                                                       *rjgroendyk@varnumlaw.com*